UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-CIV-22730-MORENO
(Underlying Case Number: Case Number: 1:12-CR-20716-MORENO)

HORACE COOK,

       Movant,

vs.

UNITED STATES OF AMERICA,

       Respondent.
_____/

**ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND VACATING AUTOMATIC REFERRAL**

THIS CAUSE came before the Court upon Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 **[(D.E. 1) and Case No.: 1:12-CR-20716-MORENO (D.E. 48)]**, filed on **June 28, 2016**.

THE COURT has considered the Motion, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that the Motion is DENIED. As this is a successive motion made pursuant to 28 U.S.C. § 2255 (prior Case No.: 1:14-20827-CIV-MORENO), this Motion must be made to the Eleventh Circuit Court of Appeals.[1] Accordingly, it is

**ORDERED AND ADJUDGED** that the Federal Public Defender's motion for electronic transfer and motion to stay proceedings (D.E. 3) filed on June 28, 2016, is DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 of June 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Honorable Patrick A. White
Counsel of Record

---

[1] The Eleventh Circuit Denied on application to file second or successive motions on June 27, 2016, in 11th Circuit Court of Appeals Case No.: 16-13095-J